## STATE v. DON ANDERSON.

(Filed 29 April, 1931.)

APPEAL by defendant from *Oglesby, J.,* at November Term, 1930, of MECKLENBURG.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*G. T. Carswell and Joe W. Ervin for defendant.*

PER CURIAM. The defendant was indicted for violation of the prohibition laws. The State moved to dismiss the appeal for the reason that the record was not docketed within the required time. The motion is allowed. *S. v. Farmer,* 188 N. C., 243.

Dismissed.